<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-1257**

---

JAMES R. REGISTER; JACK B. WATSON,

                                   Plaintiffs - Appellees,

        versus

SEAFARERS PENSION PLAN; LOU DELMA, Plan
Administrator of Seafarers Pension Plan; JOHN
FAY, Trustee of Seafarers Pension Plan; BYRON
KELLEY; GEORGE MCCARTNEY, Trustee of Seafarers
Pension Plan; HOSEA PEREZ, Trustee of Sea-
farers Pension Plan; AUGUSTINE TELLEZ, Trustee
of Seafarers Pension Plan; JOSEPH CECIRE,
Trustee of Seafarers Pension Plan; EDMOND
DAVIS, Trustee of Seafarers Pension Plan;
MICHAEL DIPRISCO, Trustee of Seafarers Pension
Plan; WILLIAM PAGENDARM, Trustee of Seafarers
Pension Plan; MICHAEL SWAYNE, Trustee of Sea-
farers Pension Plan; SEAFARERS WELFARE PLAN;
PLAN ADMINISTRATOR OF SEAFARERS WELFARE PLAN,

                                 Defendants - Appellants,

        and

SEAFARERS INTERNATIONAL UNION OF NORTH
AMERICA, ATLANTIC, GULF, LAKES,

                                 Defendant.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Senior
District Judge. (CA-00-143-7-F(1))

Submitted:  July 17, 2001                    Decided:  July 30, 2001

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ellen A. Silver, Camp Springs, Maryland; Lisa Grafstein, GRAFSTEIN & WALCZYK, P.L.L.C., Raleigh, North Carolina, for Appellants. Mark S. Thomas, Terence D. Freidman, Joanne Lambert, MAUPIN, TAYLOR & ELLIS, P.A., Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order granting Appellees' motion for a preliminary injunction and subsequent orders implementing the injunction. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Register v. Seafarers Pension Plan</u>, No. CA-00-143-7-F(1) (E.D.N.C. Jan 12 & 22, 2001; Feb. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3